**SUTTON HATMAKER LAW CORPORATION**
S. BRETT SUTTON 143107
brett@suttonhatmaker.com
SUSAN K. HATMAKER 172543
susan@suttonhatmaker.com
JARED HAGUE 251517
jared@suttonhatmaker.com
6715 N. Palm Avenue, Suite 214
Fresno, California 93704

Telephone: (559) 449-1888
Facsimile: (559) 449-0177

Attorneys for Plaintiff
SIMON V. GARCIA, individually and on behalf of all persons similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| SIMON V. GARCIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON TRUCKING, INC., a California Corporation, which will transact business in California as L GORDON; STEVE GORDON, an individual; BOB GOLDBERG, an individual; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:10-CV-00324-OWW-SMS<br><br>**STIPULATION REGARDING PLAINTIFF'S FILING OF SECOND AMENDED COMPLAINT AND DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT; AND ORDER THEREON**<br><br>**Complaint Filed: February 23, 2010**<br><br>District Judge Oliver W. Wanger<br><br>Magistrate Judge Sheila K. Oberto |

Plaintiff SIMON GARCIA (hereinafter, "PLAINTIFF"), by and through his counsel of record, and Defendants GORDON TRUCKING, INC., a California corporation, STEVE GORDON, an individual, and BOB GOLDBERG, an individual (hereinafter, collectively "DEFENDANTS"), by and through their counsel of record, hereby stipulate and agree as follows:

**I.**

**STIPULATION**

WHEREAS, PLAINTIFF desires to file a Second Amended Complaint in order to correct certain formatting errors that appear in PLAINTIFF's First Amended Complaint;

WHEREAS, PLAINTIFF has provided DEFENDANTS with a copy of the proposed Second Amended Complaint; and

WHEREAS, counsel for both sides have conferred in good faith and hereby stipulate to the following:

1. Provided the Court approves, PLAINTIFF will file and serve his Second Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A," within five (5) days of the Court's entry of an Order permitting the filing of same; and

2. DEFENDANTS will file and serve their Answer to PLAINTIFF's Second Amended Complaint within 10 days of the filing of said Second Amended Complaint.

IT IS SO STIPULATED.

DATED: July 22, 2010

SUTTON HATMAKER LAW CORPORATION

By /s/ S. Brett Sutton
S. BRETT SUTTON
Attorney for Plaintiff
SIMON V. GARCIA

DATED: July 22, 2010

LAW OFFICES OF BRADLEY A. SILVA

By /s/ Adam Smedstad
ADAM SMEDSTAD
Attorney for Defendants
GORDON TRUCKING, INC., STEVE GORDON, BOB GOLDBERG

///

///

///

**II.**

**ORDER**

Based on the above Stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED THAT PLAINTIFF shall file and serve his proposed Second Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A," within five (5) days of entry of this Order.

IT IS HEREBY FURTHER ORDERED THAT DEFENDANTS will file and serve their Answer to PLAINTIFF's Second Amended Complaint within 10 days of the filing of said Second Amended Complaint.

IT IS SO ORDERED.

Dated: **July 22, 2010**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

Sutton Hatmaker
Law Corporation
6715 N. Palm Avenue
Suite 214
Fresno, CA 93704