UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| SIMON V. GARCIA, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>GORDON TRUCKING, INC., a California Corporation, which will transact business in California as L GORDON; STEVE GORDON, an individual; BOB GOLDBERG, an individual;  and Does 1 through 20, inclusive,<br><br>  Defendants. | Case No. 1:10-CV-00324-OWW-SMS<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND RELATED BRIEFS IN OPPOSITION AND REPLY** |

    This matter, having come before the Court on the parties' Joint Stipulation to Modify Scheduling Order to Extend Deadline to File Motion for Class Certification and Related Brief in Opposition and Reply, and the Court being duly advised in the premises thereof now finds that said stipulation should be GRANTED.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT THE Court's Scheduling Order (Doc. No. 29) entered on July 8, 2010 is amended as follows:

    1.    The filing deadline for PLAINTIFF'S Motion for Class Certification shall be extended from on or before April 11, 2011 to on or before May 16, 2011;

2. The filing deadline for DEFENDANTS' Opposition to Motion for Class Certification shall be extended from on or before June 13, 2011 to on or before July 18, 2011;

3. The filing deadline for PLAINTIFF'S Reply to Opposition to Motion for Class Certification shall be extended from on or before July 11, 2011 to on or before August 15, 2011;

4. The hearing on PLAINTIFF'S Motion for Class Certification shall be moved from August 15, 2011 at 10:00 a.m. in Courtroom 3 to September 19, 2011 at 10:00 a.m. in Courtroom 3, or as otherwise ordered by the Court in light of its schedule.

IT IS SO ORDERED.

Dated:  **November 16, 2010**          **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE