**SUTTON HATMAKER LAW CORPORATION**
S. BRETT SUTTON 143107
brett@suttonhatmaker.com
SUSAN K. HATMAKER 172543
susan@suttonhatmaker.com
JARED HAGUE 251517
jared@suttonhatmaker.com
6715 N. Palm Avenue, Suite 214
Fresno, California  93704

Telephone:  (559) 449-1888
Facsimile:   (559) 449-0177

Attorneys for Plaintiff
SIMON V. GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| SIMON V. GARCIA, an individual, | Case No. 1:10-CV-00324-OWW-SKO |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND RELATED BRIEFS IN OPPOSITION AND REPLY** |
| GORDON TRUCKING, INC., a California Corporation, which will transact business in California as L GORDON; STEVE GORDON, an individual; BOB GOLDBERG, an individual;  and Does 1 through 20, inclusive, | |
| Defendants. | |
| | **Complaint Filed:  February 23, 2010** |

This matter, having come before the Court on the parties' Joint Stipulation to Modify Scheduling Order to Extend Deadline to File Motion for Class Certification and Related Briefs in Opposition and Reply, and the Court being duly advised in the premises thereof now finds that said stipulation should be GRANTED.

/ / /

Sutton Hatmaker
Law Corporation
6715 N. PALM AVENUE
SUITE 214
FRESNO, CA 93704

1

ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT THE Court's Order (Doc. No. 40) filed on November 17, 2010, modifying the Court's Scheduling Order filed on July 8, 2010 is further amended as follows:

1. The filing deadline for PLAINTIFF's Motion for Class Certification shall be extended from on or before May 16, 2011 to on or before July 15, 2011;

2. The filing deadline for DEFENDANTS' Opposition to Motion for Class Certification shall be extended from on or before July 18, 2011 to on or before September 19, 2011;

3. The filing deadline for PLAINTIFF's Reply to Opposition to Motion for Class Certification shall be extended from on or before August 15, 2011 to October 19, 2011;

4. The hearing on PLAINTIFF's Motion for Class Certification shall be moved from September 19, 2011 to November 21, 2011 at 10:00 a.m. in Courtroom 3, or as otherwise ordered by the Court in light of its schedule.

IT IS SO ORDERED.

Dated: **February 22, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

Sutton Hatmaker
Law Corporation
6715 N. PALM AVENUE
SUITE 214
FRESNO, CA  93704

2
ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER