Bradley A. Silva (SBN 109423)
bsilva@sbcglobal.net
LAW OFFICES OF BRADLEY A. SILVA
8050 North Palm Avenue, Suite 300
Fresno, CA  93711
Tel. 559-446-2000
Fax 559-446-2004

Adam C. Smedstad, *Pro Hac Vice*
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT,
  HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL  60603-2427
Tel. 312-225-7200
Fax 312-422-1224

James H. Hanson, *Pro Hac Vice*
jhanson@scopelitis.com
Angela S. Cash, *Pro Hac Vice*
acash@scopelitis.com
Andrew J. Butcher, *Pro Hac Vice*
abutcher@scopelitis.com
SCOPELITIS, GARVIN, LIGHT,
  HANSON & FEARY
10 West Market Street, Suite 1500
Indianapolis, IN  46204-2968
Tel. 317-637-1777
Fax 317-687-2414

Daniel R. Barney, *Pro Hac Vice*
dbarney@scopelitis.com
SCOPELITIS, GARVIN, LIGHT,
  HANSON & FEARY, PC
1850 M Street, N.W., Suite 280
Washington, DC  20036-5804
(202) 783-9222
Fax:  (202) 783-9230

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| SIMON V. GARCIA and ROY VAN KEMPEN on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>GORDON TRUCKING, INC., a California Corporation, which will transact business in California as L GORDON; STEVE GORDON, an individual; BOB GOLDBERG, an individual; and Does 1 through 20, Inclusive,<br><br>Defendants.<br><br>CHRISTOPHER YANEZ and EMMA YANEZ on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 100, inclusive<br><br>Defendants. | **Case No. 1:10-cv-00324-OWW-SKO**<br><br>**ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the Stipulation of the parties, it is hereby ordered that Plaintiffs' Motion for Partial Summary Judgment is removed from the September 19, 2011 Motion Calendar and reset to October 3, 2011. Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment is now due on September 19, 2011 and Plaintiffs' Reply is due on September 26, 2011.

IT IS SO ORDERED:

Date: August 29, 2011                    /s/ OLIVER W. WANGER

                                           United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com