| | |
|---|---|
| Bradley A. Silva (SBN 109423)<br>bsilva@sbcglobal.net<br>LAW OFFICES OF BRADLEY A. SILVA<br>8050 North Palm Avenue, Suite 300<br>Fresno, CA  93711<br>Tel. 559-446-2000<br>Fax 559-446-2004 | Adam C. Smedstad, *Pro Hac Vice*<br>asmedstad@scopelitis.com<br>SCOPELITIS, GARVIN, LIGHT,<br>   HANSON & FEARY, P.C.<br>30 West Monroe Street, Suite 600<br>Chicago, IL  60603-2427<br>Tel. 312-225-7200<br>Fax 312-422-1224 |
| James H. Hanson, *Pro Hac Vice*<br>jhanson@scopelitis.com<br>Andrew J. Butcher, *Pro Hac Vice*<br>abutcher@scopelitis.com<br>SCOPELITIS, GARVIN, LIGHT,<br>   HANSON & FEARY<br>10 West Market Street, Suite 1500<br>Indianapolis, IN  46204-2968<br>Tel. 317-637-1777<br>Fax 317-687-2414 | Daniel R. Barney, *Pro Hac Vice*<br>dbarney@scopelitis.com<br>SCOPELITIS, GARVIN, LIGHT,<br>   HANSON & FEARY, PC<br>1850 M Street, N.W., Suite 280<br>Washington, DC  20036-5804<br>Tel. 202-783-9222<br>Fax: 202-783-9230 |

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| SIMON V. GARCIA and ROY VAN KEMPEN on behalf of themselves and all others similarly situated.<br><br>                              Plaintiffs,<br><br>          vs.<br><br>GORDON TRUCKING, INC., a California Corporation, which will transact business in California as L GORDON; STEVE GORDON, an individual; BOB GOLDBERG, an individual; and Does 1 through 20, Inclusive,<br><br>                              Defendants.<br>_____<br>CHRISTOPHER YANEZ and EMMA YANEZ on behalf of themselves and all others similarly situated,<br>                              Plaintiffs,<br><br>          vs.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 100, inclusive<br><br>                              Defendants.<br>_____ | **Case No. 1:10-cv-00324-AWI-SKO**<br><br>**SEALING ORDER**<br><br>Date:   December 5, 2011<br>Time:   1:30 p.m.<br>Place:  Courtroom #2<br>Judge:  Hon. Anthony W. Ishii |

Based on the Request to Seal Documents, the Court finds good cause to GRANT Defendants' request to seal certain documents filed along with its Motion for Partial Summary Judgment on Certain of Plaintiff Garcia's Claims and pursuant to E.D.L.R. 141(d) finds compelling reasons exist to seal the requested portions of the documents identified below:

1. Defendants' Memorandum in Support of Partial Summary Judgment on Certain of Plaintiff Garcia's Claims only as to the following:

    a. Exhibit 7: Containing ten-weeks of Plaintiff Simon Garcia's earnings statements and payroll recap records.

IT IS SO ORDERED.

Dated:   October 23, 2011                    _____
                                             CHIEF UNITED STATES DISTRICT JUDGE