
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON V. GARCIA, ROY VAN KEMPEN, CHRISTOPHER YANEZ, and EMMA YANEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>GORDON TRUCKING, INC., a California corporation; STEVE GORDON, an individual, BOB GOLDBERG, an individual; and DOES 1 through 20 inclusive,<br><br>　　　　　　Defendants. | CASE NO. 1:11-CV-0324 AWI SKO<br><br>ORDER VACATING HEARING DATE OF DECEMBER 5, 2011 AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants have made a motion to dismiss for failure to state a claim and a motion for partial summary adjudication. Docs. 86 and 106. Plaintiff Simon Garcia has made a motion for partial summary adjudication. Doc. 77. Oppositions and replies have been filed for all motions. The court has reviewed the papers filed and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December

1

5, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     November 30, 2011                          /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE