**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| SIMON V. GARCIA and ROY VAN KEMPEN on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>GORDON TRUCKING, INC., a California Corporation, which will transact business in California as L GORDON; STEVE GORDON, an individual; BOB GOLDBERG, an individual; and Does 1 through 20, Inclusive,<br><br>Defendants.<br>―――――――――――――――――<br>CHRISTOPHER YANEZ and EMMA YANEZ on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 100, inclusive<br><br>Defendants. | **Case No. 1:10-cv-00324-AWI-SKO**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED ANSWER**<br><br>**Docket No. 128** |

On December 15, 2011, Defendants Gordon Trucking, Inc., Steve Gordon, and Bob Goldberg ("Defendants") filed a motion seeking to amend their Answer (Doc. 88) to correct a "scrivener's error." (Doc. 128.)

In Defendants' Answer (Doc. 88), to Plaintiffs' Consolidated Complaint (Doc. 72) the Sixth Affirmative Defense includes a citation to the "Interstate Commerce Termination Act of 1995, 49 U.S.C. § 14501(c)(1)." The citation in the Sixth Affirmative Defense should read "Federal Aviation Administration Authorization Act of 1994, 49 U.S.C. § 14501(c)(1)." No opposition to Defendants' motion was filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Motion for Leave to File Corrected Answer is GRANTED; and
2. Defendants shall file the corrected Answer attached as Exhibit A to their Motion for Leave to File Corrected Answer as required by Local Rule 220.

IT IS SO ORDERED.

Dated:   **December 21, 2011**            **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE