# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON V. GARCIA, et al. | CASE NO. 1:10-cv-00324-AWI-SKO |
| Plaintiffs, | **ORDER MODIFYING THE SCHEDULE AND CONTINUING THE HEARING ON THE MOTION TO CERTIFY CLASS** |
| v. | |
| GORDON TRUCKING, INC., et al., | |
| Defendants. | |

On January 26, 2012, a telephonic conference was held in chambers and off the record before Magistrate Judge Sheila K. Oberto  Pursuant to the agreement of the parties' and approval of the Court, Defendants may file a sur-reply regarding the information set forth in the Declaration of Joseph Krock, Ph.D., submitted in support of Plaintiffs' reply in response to the motion to certify class. (Docs. 133, 136.) Defendants' sur-reply may be filed by no later than March 23, 2012.

The hearing on the motion to certify class, currently set for February 29, 2012, is thus CONTINUED to April 20, 2012, at 9:30 a.m.

Additionally, the scheduling conference, currently set for March 27, 2012, is CONTINUED to June 7, 2012, at 9:15 a.m.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants may file a sur-reply in response to the Declaration of Joseph Krock, Ph.D., submitted in support of Plaintiffs' reply to the motion to certify class, by no later than March 23, 2012;

2. The hearing on the motion to certify class is CONTINUED to April 20, 2012, at 9:30 a.m. in Courtroom 7, (SKO) before Magistrate Judge Sheila K. Oberto; and

3. The Scheduling Conference is CONTINUED to June 7, 2012, at 9:15 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Roberto.

IT IS SO ORDERED.

**Dated:    January 27, 2012**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE