UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON V. GARCIA, ROY VAN KEMPEN, CHRISTOPHER YANEZ, and EMMA YANEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GORDON TRUCKING, INC., a California corporation; STEVE GORDON, an individual, BOB GOLDBERG, an individual; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. 1:10-CV-324 AWI SKO<br><br>ORDER DENYING ALL PENDING MOTIONS AND DATES IN LIGHT OF NOTICE OF SETTLEMENT<br><br>(Doc. Nos. 77, 86, 106, 112, 127) |

On March 23, 2012, Plaintiff's counsel filed a notice of settlement and requested that all pending motions and any hearing dates be removed from the Court's calendar. The Court will give effect to the notice of settlement and will deny all pending motions as moot and vacate any corresponding dates. The parties are to follow all applicable deadlines and procedures in the Local Rules with respect to filing the motion for approval of settlement.

Accordingly, IT IS HEREBY ORDERED that all pending motions (Doc. Nos. 77, 86, 106, 112, 127) are DENIED as moot, any outstanding hearing dates are VACATED, and the parties shall file an appropriate motion for approval of the settlement as soon as possible and consistent with the Local Rules.

IT IS SO ORDERED.

Dated:   March 27, 2012                                                          
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

1