**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| SIMON V. GARCIA and ROY VAN KEMPEN on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>GORDON TRUCKING, INC., a California Corporation, which will transact business in California as L GORDON; STEVE GORDON, an individual; BOB GOLDBERG, an individual; and Does 1 through 20, Inclusive,<br><br>        Defendants.<br><br>CHRISTOPHER YANEZ and EMMA YANEZ on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | **Case No. 1:10-cv-00324-AWI-SKO**<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND E.D.L.R. 160 DISPOSITIONAL DOCUMENT DEADLINE** |

For the reasons identified in the parties' Joint Stipulation to Extend E.D.L.R. 160 Dispositional Document Deadline and for good cause shown, the Court hereby GRANTS the parties' Motion.

The parties have until April 27, 2012, to complete the preliminary settlement documents for submission to the Court.

IT IS SO ORDERED.

Dated:   **April 11, 2012**                              **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

Case No. 1:10-cv-00324-AWI-SKO
[Proposed] Order Granting the Parties' Joint Stipulation to Extend E.D.L.R. 160 Dispositional Document Deadline