# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SIMON V. GARCIA and ROY VAN KEMPEN on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GORDON TRUCKING, INC., a California Corporation, which will transact business in California as L GORDON; STEVE GORDON, an individual; BOB GOLDBERG, an individual; and Does 1 through 20, Inclusive,<br><br>  Defendants.<br>_____<br>CHRISTOPHER YANEZ and EMMA YANEZ on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 1:10-cv-00324-AWI-SKO<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND EDCA LOCAL RULE 160 DISPOSITIONAL DOCUMENT DEADLINE** |

For the reasons set forth in the Parties' Joint Stipulation to extend the deadline for filing dispositional documents pursuant to Rule 160(b) of the Local Rules for the Eastern District of California (L.R.) and for good cause shown, the Court hereby GRANTS the parties' request.

The parties may have until May 7, 2012, to file the preliminary settlement documents required by Local Rule 160(b) with the Court.

IT IS SO ORDERED.

Dated:   **April 26, 2012**              **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28