UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON V. GARCIA, ROY VAN KEMPEN, CHRISTOPHER YANEZ, and EMMA YANEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GORDON TRUCKING, INC., a California corporation; STEVE GORDON, an individual, BOB GOLDBERG, an individual; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | CASE NO. 1:11-CV-0324 AWI SKO<br><br>ORDER VACATING HEARING DATE OF JUNE 4, 2012 AND TAKING MATTER UNDER SUBMISSION |

　　　Plaintiffs have made a motion for preliminary approval of class action settlement. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 4, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　May 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1