1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  SIMON V. GARCIA, ROY VAN              )   CASE NO. 1:10-CV-0324 AWI SKO
    KEMPEN, CHRISTOPHER YANEZ, and )
12  EMMA YANEZ, on behalf of themselves  )   ORDER GRANTING
    and all others similarly situated,   )   PRELIMINARY APPROVAL OF
13                                        )   CLASS ACTION SETTLEMENT
            Plaintiffs,                   )
14                                        )
        v.                               )
15                                        )
    GORDON TRUCKING, INC., a             )
16  California corporation; STEVE        )
    GORDON, an individual, BOB           )
17  GOLDBERG, an individual; and DOES 1 )
    through 20 inclusive,                )
18                                        )
            Defendants.                   )
19  _____      )

20

21          Plaintiffs have made a Motion for Preliminary Approval of Class Action Settlement,

22  which consists of conditional certification of a settlement class, approval of the notice to be sent

23  to the class about the settlement, the election to be excluded form, and claim form, and the

24  setting of a date for a fairness hearing for final approval of the settlement. After review and

25  consideration of the Parties' Joint Stipulation of Settlement and the papers in support of the

26  Motion for Preliminary Approval,

27          IT IS HEREBY ORDERED as follows:

28          1. The proposed class satisfies the requirements of a settlement class because the class

1

1   members are readily ascertainable and a well-defined community of interest exists in the

2   questions of law and fact affecting the Parties.

3       2. The Parties' Joint Stipulation of Settlement ("Settlement"), attached as Exhibit "1" to

4   the Declaration of S. Brett Sutton in support of Plaintiffs' Motion for Preliminary Approval of

5   Class Action Settlement, is granted preliminary approval as it meets the criteria for preliminary

6   settlement approval. The Settlement appears to fall within the range of possible approval as fair,

7   adequate and reasonable, and to be the product of arm's-length and informed negotiations and to

8   treat all Class Members fairly.

9       3. The Parties' proposed notice plan is constitutionally sound because individual notices

10  will be mailed to all Class Members whose identities are known to the Parties, and such notice is

11  the best notice practicable. The Parties' proposed Notice of Proposed Settlement of Class Action,

12  proposed Claim Forms and Election to Be Excluded Form, attached as Exhibits "2" through "4,"

13  respectively, to the Declaration of S. Brett Sutton in support of Plaintiffs' Motion for Preliminary

14  Approval of Class Action Settlement, are sufficient to inform Class Members of the terms of the

15  Settlement, their rights under the Settlement, their rights to object to the Settlement, and the

16  processes for doing so, are all approved.

17      4. The following class of persons are certified as the Class in this action solely for

18  purposes of the Settlement:

19      "Class" or "Settlement Class" shall mean all current and former employee drivers of GTI
        who resided in California at any time within the Class Period, as defined below, whose
20      job duties include, among other things, driving commercial motor vehicles and who
        are/were paid, in part, on a cents-per-mile basis, and whose names appear on the list
21      attached as Exhibit 1 to the Settlement.

22      5. Any Class Member who submits a timely and valid Claim Form within sixty days after

23  the date the Claims Administrator mails the Notice, Claim Form and Election to Be Excluded

24  Form will receive a Settlement Share.

25      6. Any Class Member who wishes to comment on or object to the Settlement or who

26  elects not to participate in the Settlement has until sixty days after the mailing of the Notice to

27  submit his or her comment, objection, or Election to Be Excluded pursuant to the procedures set

28  forth in the Class Notice.

7. Rust Consulting, Inc. is appointed to act as the Claims Administrator, pursuant to the terms set forth in the Settlement.

8. Plaintiffs Simon V. Garcia, Roy Van Kempen, Christopher Yanez and Emma Yanez are appointed Class Representatives. S. Brett Sutton of Sutton Hatmaker Law Corporation and James R. Patterson of Patterson Law Group, APC, are appointed Co-Class Counsel.

9. The Notice, Claim Forms and Election to Be Excluded Forms will be disseminated according to the notice plan described in the Settlement and substantially in the form submitted by the Parties. Proof of distribution of such forms will be filed by the Parties at or prior to the final approval hearing.

10. Defendants are directed to provide the Claims Administrator, not later than fourteen days after the date of this Order, an electronic database listing the name, last known address and telephone number, and total number of weeks worked ("Class Data") within the relevant time period, as specified by the Settlement.

11. The Claims Administrator is directed to mail the approved Notice, Claim Form and Election to Be Excluded Form by first-class mail to the Class Members not later than ten days after receipt of the Class Data from Defendants.

12. A final approval and fairness hearing will be held on October 29, 2012 at 1:30 PM in Courtroom 2 to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the Class Members. The Court will hear all evidence and argument necessary to evaluate the Settlement, and will consider the Class Representatives' request for Incentive Awards and Class Counsels' request for attorneys' fees and costs.

13. Pursuant to the procedures set forth in the Settlement, any Class Member may object to any part of the Settlement. For any comments or objections to be considered at the final approval hearing, the Class Member must file comments and/or objections with the Clerk of the Court indicating briefly the nature of the Class Members' comments and/or objection. Such documents must be filed with the Court and mailed to Class Counsel not later than sixty days from the date the Class Notice is mailed and must set forth, in clear and concise terms, a statement of why the objector believes the Court should not approve the Settlement, including

the legal and factual arguments supporting the objection. If an objector also wishes to appear at the Final Approval Hearing, in person or through an attorney, he or she must also file a notice of intention to appear at the same time as the objection is filed.

14. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

IT IS SO ORDERED.

Dated:    June 7, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

**4**